IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRADLEY C. SAMS and**
**SHELI D. MILAM SAMS**                                                                **PLAINTIFFS**

**v.**                                                            **CIVIL CASE NO. 1:24-cv-337-TBM-RPM**

**SAFECO INSURANCE**
**COMPANY OF ILLINOIS**                                                                **DEFENDANT**

## ORDER OF RECUSAL

This matter comes before the Court *sua sponte*, pursuant to 28 U.S.C. § 455. The undersigned finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participating in the above-captioned case.

IT IS THEREFORE ORDERED AND ADJUDGED that the undersigned hereby recuses himself from further participation in this case. The Clerk of Court is hereby directed to reassign this case to another Judge in accordance with this Court's practice and procedure.

THIS, the 31st day of October, 2024.

                                                        *s/ Taylor B. McNeel*
                                          UNITED STATES DISTRICT JUDGE